IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZENG JEAN-JACQUES,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4306

Opinion filed October 19, 2017.

Petition – Ineffective Assistance of Counsel – Original Jurisdiction.

Zeng Jean-Jacques, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.